FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA F. RIDDLEBAUGH,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 05-0650-CT<br><br>JUDGMENT |

Pursuant to the order of the court, **IT IS ADJUDGED** that the petition for attorney's fees pursuant to 42 U.S.C. section 406(b) be **GRANTED** as follows: Counsel is awarded attorneys' fees in the amount of $2,642.75 for representation of plaintiff before this court. Counsel is ordered to refund to plaintiff the amount of $1,837.00, which represents fees counsel previously received under the Equal Access to Justice Act.

DATED: 2/7/08

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE